**LAW OFFICES OF MITCHELL C. ELMAN, P.C.**
**377 OAK STREET, SUITE 415**
**GARDEN CITY, NY  11530**
**Telephone   (516) 586-6666**
**Facsimile   (516) 345-2517**
**Email:       mitchell@elmanlawny.com**

March 4, 2022

<u>VIA ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, NY  11201

                Re:   <u>USA v. McBean et al., 20 Cr. 00260 (PKC)</u>

Dear Judge Chun:

     My office represents Mark Waiters in the above-captioned matter.  Per the schedule set by this Court at the January 7, 2022 status conference, pretrial motions are due on March 8, 2022.  I respectfully request an adjournment of that deadline to April 8, 2022 and further request that the Court adjust the government's response and defense reply, and that a conference be scheduled thereafter, at the Court's convenience.  This is the first request for an extension of time.

     The defense is still reviewing all of the discovery to determine whether a motion to suppress is appropriate.  Therefore, I respectfully request an opportunity to file such motions at a future time, depending on the circumstances.

     Michael Lambert, Esq. counsel to Mr. McBean joins in this request; The government has no objection.

                Respectfully submitted,

                **/s/ Mitchell C. Elman**

                MITCHELL C. ELMAN

Cc:    All Government Counsel (via ECF)
        Michael Lambert, Esq. (Via ECF)